IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Danielle Renee Norquay, )<br>)<br>Defendant. ) | Case No. 3:22-mj-517<br><br>**MEMORANDUM REGARDING ARRESTS AND ISSUANCE OF AMENDED COMPLAINT** |

The purpose of this memorandum is to document events surrounding Danielle Renee Norquay's recent time in federal custody.

On September 6, 2022, based on a complaint and affidavit presented by Christopher Potts, Special Agent, Federal Bureau of Investigation (FBI), the court issued a warrant for Norquay's arrest. The complaint charged Norquay and another individual with drug conspiracy crimes.

Agent Potts arrested Norquay pursuant to that warrant on September 14, 2022, in Fargo, North Dakota. (Doc. 19). Agent Potts brought Norquay to the United States Marshals Office that day, and the United States Marshals Service (USMS) performed required intake processing. Agent Potts then transported Norquay to the Grand Forks County Correctional Center (GFCCC), Grand Forks, North Dakota, for detention pending a court appearance. Because she had not yet had an initial appearance, Norquay was not in USMS custody while she was detained at GFCCC; rather, she was in the custody of the FBI.

On September 15, 2022, the Clerk's Office arranged for court-appointed counsel for Norquay and scheduled an initial appearance on Friday, September 16, 2022, before the undersigned, with Norquay to appear from the Grand Forks courthouse. (Doc. 16). Later on September 15, the USMS learned Norquay had been hospitalized at Altru Hospital in Grand Forks. The USMS advised the Clerk's Office of Norquay's hospitalization, and the September 16 initial appearance was cancelled.

Upon learning of Norquay's September 15 hospitalization, FBI agents effectively released Norquay from custody, without authorization of the court.

On Saturday, September 17, 2022, Assistant United States Attorney Alex Stock contacted the undersigned, advising Norquay had been released from Altru Hospital and was again in FBI custody at GFCCC. Agent Potts then presented another complaint and affidavit, and the undersigned issued a new arrest warrant on September 17. The complaint and affidavit presented on September 17 were identical to the original documents, with the exception of an additional paragraph in the affidavit describing Norquay's September 14 arrest, her hospitalization, and her September 17 "rearrest." (Doc. 20-1, p. 13). The undersigned deemed the September 17 document an Amended Complaint. (Doc. 20).

On September 19, 2022, GFCCC staff contacted the USMS, concerned whether Norquay was medically fit for confinement and concerned Norquay might again require emergency medical care while in custody. An initial appearance was rescheduled for September 20, 2022. In part because of her medical condition and in part because she had timely advised FBI agents of her release from Altru Hospital, at the initial appearance, the United States supported Norquay's request for release to reside with a

2

friend in Fargo. In summary, Norquay was in federal custody September 14-15, 2022, and September 17-20, 2022.

Dated this 29th day of September, 2022.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge